PERSON v. STANDARD LIFE & ACCIDENT INS. CO. (Circuit Court of Appeals, Sixth Circuit. March 31, 1899.) No. 632. In Error to the Circuit Court of the United States for the Western District of Tennessee. H. C. Warinner, for plaintiff in error. John R. Flippin, for defendant in error. Before TAFT and LURTON, Circuit Judges, and THOMPSON, District Judge.

THOMPSON, District Judge. This case was argued and submitted with the case of Person v. Casualty Co., 92 Fed. 965, and raises the same questions, upon the same state of facts; and the judgment rendered therein will be reversed, for the reasons stated in the opinion delivered in the latter case, and remanded for further proceedings consistent with that opinion. It is so ordered.

---

PONG TOY GUEN v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. February 23, 1899.) No. 464. Appeal from the District Court of the United States for the Northern District of California. Henry C. Dibble, for appellant. H. S. Foote, U. S. Atty. Dismissed, on motion of Edward J. Banning, Asst. U. S. Atty., under subdivision 5 of the twenty-fourth rule.

---

PROVIDENT SAVINGS LIFE ASSUR. SOC. OF NEW YORK v. CALKINS. (Circuit Court of Appeals, Ninth Circuit. February 16, 1899.) No. 483. In Error to the Circuit Court of the United States for the Western Division of the District of Washington. Walker & Fitch, for plaintiff in error. Stanton Warburton and John A. Shackleford, for defendant in error. Dismissed, without costs to either party, per stipulation.

---

SOUTHERN INDIANA EXP. CO. v. UNITED STATES EXP. CO. et al.

(Circuit Court of Appeals, Seventh Circuit. March 28, 1899.)

No. 544.

CARRIERS OF GOODS—DUTIES OF CONNECTING LINES INTER SE.

Appeal from the Circuit Court of the United States for the District of Indiana.

This was a suit in equity by the Southern Indiana Express Company against the United States Express Company and others. A demurrer to the bill was sustained by the circuit court, and the bill dismissed (88 Fed. 659), from which order complainant appeals.

F. M. Trissal, for appellant.
Edward Daniels, for appellee.

PER CURIAM. A statement and sufficient discussion of this case will be found in the opinion of the circuit court as reported in Southern Indiana Exp. Co. v. United States Exp. Co., 88 Fed. 659. The decree sustaining the demurrer and dismissing the bill is affirmed.